## OHIO v. HUERTAS

No. 89–1944.   Argued January 16, 1991—Decided January 22, 1991

*Jonathan E. Rosenbaum* argued the cause and filed a brief for petitioner.

*Joann Bour-Stokes*, by appointment of the Court, *post*, p. 935, argued the cause for respondent.   With her on the brief were *Randall M. Dana, Davis C. Stebbins*, and *Richard J. Vickers.**

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*Briefs of *amici curiae* urging reversal were filed for the United States by *Solicitor General Starr, Assistant Attorney General Mueller, Deputy Solicitor General Bryson*, and *Paul J. Larkin, Jr.*; and for the Washington Legal Foundation et al. by *Daniel J. Popeo* and *Paul D. Kamenar.*

Briefs of *amici curiae* urging affirmance were filed for the National Jury Project by *Samuel R. Gross;* for the National Legal Aid and Defender Association by *Jennifer P. Lyman;* and for Barbara Babcock et al. by *Louis D. Bilionis* and *Richard A. Rosen.*

Briefs of *amici curiae* were filed for the State of California by *John K. Van de Kamp*, Attorney General, *Richard B. Iglehart*, Chief Assistant Attorney General, *Harley D. Mayfield*, Senior Assistant Attorney General, *Frederick R. Millar*, Supervising Deputy Attorney General, and *Jay M. Bloom*, Deputy Attorney General; for the Appellate Committee of the California District Attorneys Association by *Ira Reiner, Harry B. Sondheim*, and *Martha E. Bellinger;* for Murder Victims' Families for Reconciliation by *Vivian Berger;* and for the National Association of Criminal Defense Lawyers et al. by *Margery Malkin Koosed, Harry R. Reinhart*, and *Dennis Balske.*